**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6820**

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

     v.

ERIC ARTHUR WALTON,

                Defendant - Appellant.

**No. 13-6821**

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

     v.

ERIC ARTHUR WALTON,

                Defendant - Appellant.

Appeals from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, District Judge. (1:85-cr-00033-IMK-1; 1:84-CR-00100-IMK-JES-1)

Submitted: August 29, 2013     Decided: September 4, 2013

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

—————————

Eric Arthur Walton, Appellant Pro Se. Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Eric Arthur Walton appeals the district court's order denying his requests for a writ of error coram nobis and correction of his criminal judgment pursuant to Fed. R. Crim. P. 36. We have reviewed the record and find no reversible error.[*] Walton did not meet the requirements for coram nobis relief. See United States v. Akinsade, 686 F.3d 248, 252 (4th Cir. 2012) (describing required showing). Nor did he establish a clerical error in the court's criminal judgment. Accordingly, we affirm substantially for the reasons stated by the district court. United States v. Walton, Nos. 1:85-cr-00033-IMK-1; 1:84-cr-00100-IMK-JES-1 (N.D.W. Va. May 9, 2013). We deny Walton's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] On appeal, Walton does not challenge the court's rejection of his claim that he was entitled to coram nobis relief because his statute of conviction was unconstitutionally vague. See 4th Cir. R. 34(b) (limiting review to issues raised in informal brief).

3